IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TONY TERRELL HAMPTON**                                           **PETITIONER**

v.                                                                                **No. 1:04CV379-D-A**

**STATE OF MISSISSIPPI, ET AL.**                                       **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 12, 2005, and the April 25, 2005, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

    **ORDERED**:

    1. That the Report and Recommendation of the United States Magistrate Judge dated April 12, 2005, is hereby approved and adopted as the opinion of the court.

    2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

    3. That this case is **CLOSED.**

THIS, the 25th day of April, 2005.

                                                                 /s/ Glen H. Davidson
                                                                 CHIEF JUDGE